UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Ramon JIMENEZ-Trigueros**<br>(AKA: Jose Gallegos Rodriguez)<br><br>Defendant. | Magistrate Case No.<br><br>**'08 MJ 1801**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 1, 2008,** within the Southern District of California, defendant, **Ramon JIMENEZ-Trigueros** (AKA: Jose Gallegos Rodriguez), an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
**Immigration Enforcement Agent**
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, **THIS 10th DAY OF June, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On March 1, 2008, the defendant, identified as Ramon JIMENEZ-Trigueros (AKA: Jose Gallegos Rodriguez) was arrested by the Carlsbad Police Department for violation of Vehicle Code 23152 (a) "Driving Under the Influence of Alcohol/Drugs" and booked into San Diego County Jail as Jose Gallegos Rodriguez. An Immigration Enforcement Agent subsequently determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Detainer) pending his release from custody.

On June 9, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A review of official immigration computer database record checks revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about December 11, 1997, and removed on January 12, 1998, via the Calexico, California, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Ramon JIMENEZ-Trigueros, a citizen and national of Mexico.